**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s)<br>v.<br><br>Defendant(s). | **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: _____    _____
                                 Attorney for Plaintiff _____

Dated: _____    _____
                                 Attorney for Plaintiff _____

Dated: _____    _____
                                 Attorney for Defendant _____

Dated: _____    _____
                                 Attorney for Defendant _____

Dated: _____    _____
                                 Attorney for Defendant _____

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request**. If additional signatures are required, attach an additional page to this request.