| | |
|---|---|
| 1 | Jon M. Leader (SBN: 147059) |
| 2 | jleader@lglaw.la |
|   | Robert B. Broadbelt (SBN: 11714) |
| 3 | rbroadbelt@lglaw.la |
| 4 | **LEADER GORHAM LLP** |
|   | 1990 South Bundy Drive, Suite 390 |
| 5 | Los Angeles, CA  90025 |
| 6 | Telephone:  (310) 696-3300 |
|   | Telecopy:    (310) 696-3305 |
| 7 | Attorneys for Defendant |
| 8 | Enhanced Recovery Company, LLC |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARK SOOVAJIAN AND CATHY SOOVAJIAN, | Case No.:  SACV 10-1945 JST (FFMx) |
|---|---|
| Plaintiffs, | [Assigned to Hon. Josephine Staton Tucker] |
| vs. | **STIPULATION OF DISMISSAL** |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | Complaint Filed:  December 21, 2010 |

///

///

///

_____

**STIPULATION OF DISMISSAL**

1   Plaintiffs Mark Soovajian and Cathy Soovajian, and defendant Enhanced
2  Recovery Company, LLC hereby stipulate and agree, through their respective
3  counsel of record, that:
4   (1)   This action shall be dismissed with prejudice pursuant to Fed. R.
5  Civ. P. 41(a)(1)(A)(ii);
6   (2)   Each party shall bear his, her, or its own attorney's fees and costs;
7  and
8   (3)   The Court will retain jurisdiction to enforce the settlement agreement
9  in this action.

DATED:  August 10, 2011          LAW OFFICES OF TODD M.
                                 FRIEDMAN, P.C.

                                 s/Todd M. Friedman
                                 Todd M. Friedman, CSB # 216752
                                 369 S. Doheny Dr., #415
                                 Beverly Hills, CA 90211
                                 Telephone:  (877) 206-4741
                                 Facsimile:  (866) 633-0228

                                 Attorneys for Plaintiffs Mark Soovajian and
                                 Cathy Soovajian

DATED:  August 10, 2011          LEADER GORHAM LLP

                                 s/Robert B. Broadbelt
                                 Robert B. Broadbelt (SBN: 11714)
                                 rbroadbelt@lglaw.la
                                 1990 Bundy Dr., Suite 390
                                 Los Angeles, CA 90025
                                 Telephone:  (310) 696-3300
                                 Facsimile:  (310) 696-3305

                                 Attorneys for Defendant
                                 Enhanced Recovery Company, LLC